DATE: May 5, 2026

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Robert Thornhill*
   v. *Commonwealth Eye Center, P.C., et al.*
   Record No. 0635-23-4
   En banc opinion rendered by Judge Callins on
   February 17, 2026

2. *Gary Butler Murray, Jr.*
   v. *Commonwealth of Virginia*
   Record No. 1943-24-4
   Opinion rendered by Judge Lorish on
   February 24, 2026

3. *Jadeen Keivon Person*
   v. *Commonwealth of Virginia*
   Record No. 0691-24-2
   Opinion rendered by Judge Friedman on
   March 24, 2026

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Stavros P. Galiotos, Individually and as Trustee of the Anthony Galiotos Trust and Trustee of the Irene Galiotos Trust*
  v. *Tasos A. Galiotos, Individually and as Beneficiary under the Will of Irene A. Galiotos and as Trustee and Beneficiary of the Anthony S. Galiotos Trust and Trustee of the Irene A. Galiotos Trust, et al.*
  Record No. 0068-24-1
   Opinion rendered by Judge Raphael
     on December 30, 2024
   Refused (250126)

2. *Paul Reivens Jordan, II*
   v. *Commonwealth of Virginia*
  Record No. 1723-23-3
   Opinion rendered by Judge O'Brien
     on April 15, 2025
   Refused (250423)

3. *Brian Fayne, s/k/a Brian Latrell Fayne*
   v. *Commonwealth of Virginia*
  Record No. 1675-23-1
   Opinion rendered by Judge Raphael
     on March 4, 2025
  Judgment of Court of Appeals reversed and final judgment entered
     by opinion rendered on April 23, 2026
     (250359)

4. *Jason Joseph Fergeson*
   v. *Commonwealth of Virginia*
  Record No. 0182-24-1
   Opinion rendered by Judge AtLee
     on March 11, 2025
  Judgment of Court of Appeals affirmed
     by order issued on April 23, 2026
     (250302)

5. *City of Virginia Beach*
   v. *Larry W. Mathias, et al.*
  Record No. 2073-23-1
   Opinion rendered by Judge Chaney
     on June 10, 2025
   Refused (250620)

6. *Trier Ladante Smith*
   v. *Commonwealth of Virginia*
   Record No. 1999-24-1
   Opinion rendered by Judge Malveaux
     on July 29, 2025
   Refused (250803)

7. *Yahsim Tremaine Williams*
   v. *Commonwealth of Virginia*
   Record No. 0545-24-2
   Opinion rendered by Judge Raphael
     on September 16, 2025
   Refused (250856)

8. *Curtis David Lytle*
   v. *City of Suffolk*
   Record No. 1655-24-1
   Opinion rendered by Judge Friedman
     on September 16, 2025
   Refused (250912)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. *Frederick Lewis Moncrea*
   *v. Commonwealth of Virginia*
   Record No. 0398-23-2
   Memorandum opinion rendered by Judge Beales on September 10, 2024
   Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
     on April 2, 2026
   (240844)

2. *Antonio Tobias Cuffee*
   *v. Commonwealth of Virginia*
   Record No. 0093-23-1
   Memorandum opinion rendered by Judge Fulton on October 29, 2024
   Judgment of Court of Appeals affirmed by opinion rendered
     on April 16, 2026
   (241104)

3. *Lonnie Lewis Richerson*
   *v. Commonwealth of Virginia*
   Record No. 0493-24-3
   Memorandum opinion rendered by Judge Athey on January 7, 2025
   Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
     on April 23, 2026
   (250176)

4. *Thibault Enterprises, LLC*
   *v. David A. Yost, Co-Trustee Under the Yost Living Trust, et al.*
   Record No. 1845-23-2
   Memorandum opinion rendered by Judge Malveaux on January 14, 2025
   Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
     on April 9, 2026
   (250128)

5. *William E. Butcher, et al.*
   *v. General R.V. Center, Inc., et al.*
   Record No. 1995-23-2
   Memorandum opinion rendered by Judge Huff on January 14, 2025
   Judgment of Court of Appeals affirmed by opinion rendered
     on April 23, 2026
   (250213)

6. *Steve Thomas Jurnigan, II*
   *v. Leslie S. Byrum, Co-Executor of the Estate of Francis M. Monhan, Deceased, et al.*
   Record No. 1493-23-2
   Memorandum opinion rendered by Judge White on January 21, 2025
   Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
     on April 9, 2026
   (250142)

7.  *Nafeesa Rausham Knight-Walker*
    *v. Commonwealth of Virginia*
    Record No. 1118-23-1
    Memorandum opinion rendered by Judge Fulton on January 28, 2025
    Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
      on April 16, 2026
    (250267)

8.  *Demeatric Eugene Blow*
    *v. Commonwealth of Virginia*
    Record No. 0332-24-1
    Memorandum opinion rendered by Judge Frucci on April 1, 2025
    Judgment of Court of Appeals affirmed by opinion rendered
      on April 16, 2026
    (250365)